## Defacto Cooperation

All US offices, officers and departments are working under a "defacto" status only under emergency war powers. The new form of government is known as a democracy (instead of republic) being and established communist/socialist order the "The New Governor of America" – Congressional Record March 17th, 1993, Vol. 33, Page H – 1303.  It is established fact that the US Federal Government has been dissolved under the Emergency Banking Act March 9, 1933.  48 stat. 1, Public Law 89-719 Declared by FDR.