# State of Michigan



## DEPARTMENT OF STATE

## APOSTILLE

*(Convention de La Haye du 5 Octobre 1961)*

| | |
|---|---|
| **1. Country:** | **UNITED STATES OF AMERICA** |

*This public document*

| | |
|---|---|
| **2. has been signed by:** | **Linda Clegg** |
| **3. acting in capacity of:** | **Director** |
| **4. bears the seal of:** | **Corporations, Securities & Commercial Licensing Bureau** |
| | **Michigan Department of Licensing and Regulatory Affairs** |

## CERTIFIED:

**5. *at*** Lansing , Michigan      **6. *the*** 20th of December, 2019

**7. *by*** Secretary of State, State of Michigan

**8. *NO.*** 246446-1-634545-OGS

**9. Seal/Stamp:**      **10. Signature:**



*Jocelyn Benson*

This certification attests only to the authenticity of the signature of the official who signed the affixed document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp which the document bears. This certification is not intended to imply that the contents of the document are correct, nor that they have the approval of the State of Michigan.



### Department of Licensing and Regulatory Affairs

Lansing, Michigan

This is to Certify That

a diligent search has been made of the records of this office and no record has been found of a corporation, limited partnership, or limited liability company by the name of

**MALACHI Z YORK**

I FURTHER CERTIFY that no record has been found that the name is reserved or registered, or that it has been assumed by a corporation, limited partnership, or limited liability company.

This certificate is in due form, made by me as the proper officer, and is entitled to have full faith and credit given it in every court and office within the United States.

In testimony whereof, I have hereunto set my hand, in the City of Lansing, this 20th day of December, 2019.

*Linda Clegg*

Linda Clegg, Interim Director
Corporations, Securities & Commercial Licensing Bureau

**GOLD SEAL APPEARS ONLY ON ORIGINAL**