# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **MALACHI Z YORK,** | : |
| **Plaintiff,** | : |
| VS. | : NO. 5:23-CV-00488-MTT-CHW |
| **MACON COUNTY POLICE DEPARTMENT,** | : |
| **Defendant.** | : |

## ORDER

Plaintiff Malachi Z. York, also known as Dwight D. York, a federal inmate presently housed in the Florence ADMAX USP in Florence, Colorado, has filed a *pro se* pleading that has been docketed as a Complaint seeking relief pursuant to 42 U.S.C. § 1983 (ECF No. 1). On January 12, 2024, Plaintiff was ordered to recast his Complaint on the Court's standard form and either pay the required filing fee or submit a complete and proper motion for leave to proceed without payment of the filing fee. Plaintiff was given fourteen (14) days to comply, and he was warned that the failure to fully and timely comply with the Court's orders and instructions could result in the dismissal of his Complaint. *See generally* Order, Jan. 12, 2024, ECF No. 2.

The time for compliance has now passed without a response from Plaintiff.[1] As

---

[1] The Clerk was directed to send the Court's January 12th Order to Mr. Ishmael Bey because it appeared that Mr. Bey might have filed the Complaint on Plaintiff York's behalf. The Clerk accordingly mailed copies of the Order to Mr. Bey at the address of record as well as to the prison where Plaintiff York is currently housed. The copy of the order

Plaintiff was previously warned, the failure to fully and timely comply with the orders and instructions of the Court is grounds for dismissal. As such, Plaintiff is now **ORDERED** to **RESPOND** and **SHOW CAUSE** why this action should not be dismissed. Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this Order to respond. Plaintiff must also fully comply with the Court's January 12th Order within **FOURTEEN (14) DAYS** from the date of this Order if he wishes to continue with this action. **Failure to fully and timely comply with this Order will likely result in the dismissal of this case.** Plaintiff is also reminded of his obligation to notify the Court in writing of any change in his mailing address. There shall be no service of process until further order of the Court.

**SO ORDERED**, this 23rd day of February, 2024.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

---

mailed to Mr. Bey at the prison was returned to the Court as undeliverable (ECF No. 3), but the copy mailed to Plaintiff York at the prison has not been returned to the Court, and there is no indication that Plaintiff York did not receive it.