IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MALACHI Z YORK, | * |
| Plaintiff, | * |
| v. | Case No.   5:23-cv-00488-MTT-CHW |
| | * |
| MACON COUNTY POLICE DEPARTMENT, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 2, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 2nd day of April, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk